IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAUL MARTINEZ GAMEZ,<br><br>    Petitioner,<br><br>vs.<br><br>DAVID EASTERWOOD, Acting Field Office Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; TODD LYONS, in their official capacity as acting director of U.S. Immigration and Customs Enforcement; PAM BONDI, in her official capacity as Attorney General of the United States; and ROB JEFFREYS, in his official capacity as Director of the Nebraska Department of Correctional Services;<br><br>    Respondents. | 4:26CV3009<br><br>**ORDER** |

A Video Conference regarding this matter is scheduled to be held before the undersigned judge on January 28, 2026, beginning at 3:00 p.m. (Central Time), and counsel will appear by Zoom conferencing. Accordingly,

IT IS ORDERED:

1. Counsel will appear by videoconference using Zoom. At the time of the conference, counsel must be connected to the videoconference using the connection information below:

https://ned-uscourts.zoomgov.com/j/1612655633?pwd=MJYxhUadBq3iHCweo3RfdPWT5a1JUd.1

    Meeting ID: 161 265 5633
    Password: 243949
    IP/H.323: 161.199.138.10

Dated this 26th day of January, 2026.

                                            BY THE COURT:

                                            s/ Joseph F. Bataillon
                                            Senior United States District Judge