IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAUL MARTINEZ GAMEZ,<br><br>               Petitioner,<br><br>    vs.<br><br>DAVID EASTERWOOD, Acting Field Office Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; TODD LYONS, in their official capacity as acting director of U.S. Immigration and Customs Enforcement; PAM BONDI, in her official capacity as Attorney General of the United States; and ROB JEFFREYS, in his official capacity as Director of the Nebraska Department of Correctional Services;<br><br>               Respondents. | **4:26CV3009**<br><br><br>**ORDER** |

The Petitioner seeks immediate release from the custody of the Department of Homeland Security at the McCook Detention Center in McCook, Nebraska. Filing No. 1. Pursuant 28 U.S.C. § 2243 and Rule 4 of the Rules Governing Section 2254 Proceedings for the United States District Courts,[1]

IT IS ORDERED:

1. The Clerk of the Court shall, before docketing this order, add Assistant U.S. Attorney Christopher L. Ferretti and Assistant U.S. Attorney Eric W. Synowicki

---

[1] Rule 1(b) of the Rules Governing Section 2254 Proceedings for the United States District Courts permits the Court to apply any or all of those rules to habeas corpus petitions arising under 28 U.S.C. § 2241. The Court chooses to apply Rule 4, which requires the clerk to serve a copy of the petition and any order on the respondents and the attorney general or any other appropriate officers.

as counsel for the federal Respondents (David Easterwood, Kristi Noem, Todd Lyons, and Pam Bondi)[2] and shall, after doing so, regenerate the filing for the petition.

2. As previously ordered, Respondents shall file a return on the Order to Show Cause why the Petition for Writ of Habeas Corpus should not be granted. Such return shall be filed on or before February 3, 2026.

3. Petitioner may but is not required to reply on or before the hearing set for February 6, 2026, at 1:30 PM in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Senior Judge Joseph F. Bataillon.

4. As previously ordered, Respondents shall not remove Petitioner from the United States or the District of Nebraska until further order of the Court.

Dated this 29th day of January, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

---

[2] Counsel has already appeared for the state Respondent, Rob Jeffreys.