IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RAUL MARTINEZ GAMEZ,

Petitioner,

vs.

DAVID EASTERWOOD, Acting Field Office Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; TODD LYONS, in their official capacity as acting director of U.S. Immigration and Customs Enforcement; PAM BONDI, in her official capacity as Attorney General of the United States; and ROB JEFFREYS, in his official capacity as Director of the Nebraska Department of Correctional Services;

Respondents.

**4:26CV3009**

**JUDGMENT**

In accordance with the Memorandum and Order entered on today's date, judgment is hereby entered in favor of the Petitioner and against the Respondents

Dated this 4th day of February, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge